IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STOCKDALE INVESTMENT GROUP, INC. D/B/A STOCKDALE, | § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 4:18-cv-02949 |
| STOCKDALE CAPITAL PARTNERS, LLC, STOCKDALE CAPITAL PARTNERS RE FUND I GP, LLC, STOCKDALE CAPITAL PARTNERS REAL ESTATE FUND, LP, STOCKDALE CAPITAL RE INVESTMENTS, LLC, STOCKDALE CAPITAL RE, LLC, and STOCKDALE CAPITAL SERVICES, LLC, | § § § § § § § § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Plaintiff's claims against Defendants came on for trial before the Court and a jury, and the jury having duly rendered its verdict upon which judgment should be entered, it is hereby:

ORDERED and ADJUDGED that Plaintiff Stockdale Investment Group, Inc. take nothing on its claims against Defendants STOCKDALE CAPITAL PARTNERS, LLC, STOCKDALE CAPITAL PARTNERS RE FUND I GP, LLC, STOCKDALE, CAPITAL PARTNERS REAL ESTATE FUND, LP, STOCKDALE CAPITAL RE INVESTMENTS, LLC, STOCKDALE, CAPITAL RE, LLC, STOCKDALE CAPITAL SERVICES, LLC, STOCKDALE MANAGEMENT, LLC, STOCKDALE ACQUISITIONS, LLC, and STOCKDALE/SG, LLC, and Plaintiff's causes of action are dismissed on the merits. All other and further relief of any nature sought by Plaintiff and not expressly granted herein is DENIED.

This is a Final Judgment.

The Clerk will enter this Order and send copies to all counsel of record.

Signed this 2 day of December, 2019

Judge Keith P. Ellison
United States District Judge